UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE


<u>United States of America</u>

    **v.**                                                   Criminal No. 04-cr-224-PB

<u>Henry Ramon Cabrera</u>


**O R D E R**

The defendant has moved to continue the October 4, 2005 trial in the above case as a plea hearing has been scheduled in the matter for October 27, 2005.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from October 4, 2005 to December 6, 2005.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The September 19, 2005 final pretrial conference is cancelled.

SO ORDERED.

_____
Paul Barbadoro
United States District Judge

August 16, 2005

cc:  Jeffrey Levin, Esq.
     Alfred Rubega, AUSA
     United States Probation
     United States Marshal