```
              UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                     Case No. 04-cr-224-01-PB

**Henry R. Cabrera**

### O R D E R

The defendant has moved to continue the December 6, 2005 trial in the above case  A previously scheduled plea hearing was cancelled due to the absence of the interpreter and, accordingly, defendant now requests a continuance of the trial date so that a change of plea hearing can be rescheduled in January.  The government does not object to a continuance of the trial date.

For the above reasons, the court will continue the trial from December 6, 2005 to February 7, 2006.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

November 18, 2005

cc:  Alfred Rubega, Esq.
     Jeffrey Levin, Esq.
     United States Probation
     United States Marshal